No. 41. THE CITY OF MONTGOMERY, PLAINTIFF IN ERROR, *v.* R. H. GREENE ET AL.; and

No. 42. The City of Montgomery, Plaintiff in Error, *v.* W. R. McDade et al. In error to the Supreme Court of the State of Alabama. Argued for plaintiff in error October 27, 1916. Decided October 30, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consol. Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Ennis Water Works* v. *Ennis,* 233 U. S. 652, 658; *Parker* v. *McLain,* 237 U. S. 469, 471–472; (2) *Stewart* v. *Kansas City,* 239 U. S. 14, 16; *County of Sioux* v. *Newton Rule,* 241 U. S. 640. *Mr. W. A. Gunter* for the plaintiff in error. No appearance for the defendants in error.